DEPARTMENT OF MENTAL HEALTH OF THE COMMONWEALTH OF KENTUCKY *ET AL.*, PLAINTIFFS-PETITIONERS, v. ROY L. MULLINS, DEFENDANT-RESPONDENT.

See same case below: 56 *N. J. Super.* 449.

*Messrs. Hofstra & Hofstra, Mr. Howard Stern* and *Mr. Reginald F. Hopkinson* for the petitioners.

*Mr. Roy L. Mullins in propria persona.*

October 19, 1959.   Granted.

LEONARD LONGO, PLAINTIFF-RESPONDENT, v. FOOD PRODUCTS TRUCKING CO., DEFENDANT-PETITIONER.

*Mr. Albert M. Neiss* for the petitioner.

*Mr. George J. Sokalski* and *Mr. Bernard M. Kimmel* for the respondent.

October 19, 1959.   Denied.